

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RENATA DUL

CRIMINAL ACTION

NO. 14-CR-592-1

## WAIVER OF INDICTMENT

**Renata Dul**, the above named defendant, who is accused of

**Possession with intent to distribute oxycodone, 18:841(a)(1)(b)(1)(C),**

being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Renata Dul                Defendant

_____
                          Witness

Date :12/11/14

_____
                Counsel for Defendant